FILED
CLERK, U.S. DISTRICT COURT

MAY - 7 2014

CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION   BY DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.: ED 14-179M |
|---|---|
| Plaintiff, | ORDER OF DETENTION (FED. R. CRIM. P. 32.1(a)(6); 18 U.S.C. § 3143(a)) |
| v. Rodrigo Roy Romero | |
| Defendant. | |

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the __Southern__ District of __California__ for alleged violation(s) of the terms and conditions of probation or supervised release; and

Having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a), the Court finds that:

A.  (✓)  The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on the following:
- Unknown background / community ties
- Unknown bail resources
- Submission to detention

1

1 and/or

2 B.   ( )   The defendant has not met his/her burden of establishing by clear and
3           convincing evidence that he/she is not likely to pose a danger to the
4           safety of any other person or the community if released under 18
5           U.S.C. § 3142(b) or (c).  This finding is based on the following:

6  _____
7  _____
8  _____
9  _____

12 IT THEREFORE IS ORDERED that the defendant be detained pending the further
13 revocation proceedings.

15 Dated: 5/7/14

    _____
    HONORABLE DAVID T. BRISTOW
    United States Magistrate Judge